This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**SONYA CASTILLO, Personal Representative over the Estate of ALFREDO CASTILLO, Individually, and as next of friend of the minor children, BRIAN LOPEZ, CHRISTIAN CASTILLO, and JULISSA CASTILLO,**

Plaintiff-Appellant,

v.                                          No. 34,643

**NOR-LEA GENERAL HOSPITAL; and NOR-LEA GENERAL HOSPITAL CLINIC, and JUAN SOTO LOPEZ, MD.,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF LEA COUNTY**
**William G. Shoobridge, District Judge**

Max Houston Proctor
Hobbs, NM

for Appellant

Miller Stratvert P.A.
Thomas R. Mack
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**KENNEDY, Judge.**

{1}     Plaintiff Sonya Castillo appeals from the district court's judgment of dismissal with prejudice, [2 RP 244] and subsequent order denying her motion for relief from judgment. [2 RP 414] Summary dismissal in part and affirmance in part was proposed for the reasons stated in notice of proposed disposition. Our records indicate that counsel for Plaintiff was served with the notice. No memorandum opposing our proposed summary disposition has been filed, and the time for doing so has expired. *See* Rule 12-210(D)(3) NMRA. Accordingly, we dismiss Plaintiff's appeal from the judgment of dismissal with prejudice for untimely filing of her notice of appeal, and affirm the district court's denial of her motion for relief from judgment.

{2}     **IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

_____
**TIMOTHY L. GARCIA, Judge**

2

_____
**J. MILES HANISEE, Judge**